# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of November, two thousand and fourteen.

_____

Federal Deposit Insurance Corporation, As Receiver for Colonial Bank,

        Plaintiff-Appellant,            **ORDER**

        v.                             Docket No. 14-3648

First Horizon Asset Securities, Inc., *et al.*,

        Defendants-Appellees.

_____

     The parties have filed a stipulation withdrawing this appeal with prejudice as to Appellee Merrill Lynch, Pierce, Fenner & Smith Incorporated, with each side to bear its own costs.

     The stipulation hereby is so ordered.   The appeal shall proceed with respect to the remaining appellees.

                              FOR THE COURT:

                              Catherine O'Hagan Wolfe,
                              Clerk of Court

