# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of July, two thousand and fifteen,

_____

| | |
|---|---|
| Federal Deposit Insurance Corporation, AS Receiver For Colonial Bank, | **ORDER** <br> Docket No. 14-3648 |

        Plaintiff - Appellant,

v.

First Horizon Asset Securities, Inc., First Horizon Home Loan Corporation, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., FTN Financial Securities Corp., HSBC Securities (USA) Inc., RBS Securities Inc., UBS Securities LLC, Wells Fargo Asset Securities Corporation,

        Defendants - Appellees,

Chase Mortgage Finance Corp., JP Morgan Chase & Co., JP Morgan Securities LLC, Citicorp Mortgage Securities, Inc., Citimortgage, Inc., Citigroup Global Markets Inc., Ally Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated,

        Defendants.

_____

Amicus Federal Housing Finance Agency seeks leave to participate in oral argument in support of Appellant FDIC.

IT IS HEREBY ORDERED that the motion is GRANTED.  FHFA is allotted five (5)minutes of oral argument.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

